## WHITE v. STATE.
### No. 22805.

Court of Criminal Appeals of Texas.
March 29, 1944.

———◇———

Nat Gentry, of Tyler, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for possessing unstamped liquor, punishment assessed at a fine of $350.

The offense appears to be properly charged. No bills of exception or statement of facts are found in the record. Nothing is presented for review.

The judgment is affirmed.

## DINGLER v. STATE.
### No. 22804.

Court of Criminal Appeals of Texas.
March 29, 1944.

Alex P. Pope, of Tyler, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for the possession of intoxicating liquor in a dry area for the purpose of sale. The punishment assessed is a fine of $150.

The record is before us without a statement of facts or bills of exceptions. Appellant entered a plea of guilty to the offense charged, and waived a jury upon the trial. All matters of procedure appear to be in regular form.

The judgment of the trial court is affirmed.